UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United States of America,　　　　　　　　　　Case No. 18-cr-0166 (WMW/KMM)

　　　　　　Plaintiff,
　　　　　　　　　　　　　　　　　　　　**FINAL ORDER OF FORFEITURE**
v.

Phillip Mark Reinhart,

　　　　　　Defendant.

---

WHEREAS, on March 1, 2019, this Court entered a Preliminary Order of Forfeiture to Plaintiff United States of America of an LG-M153 cellular telephone, MSISDN 15072173627, IMEI 353431090938853 and an LG-152VL cellular telephone, MSISDN 5072173627, IMSI 311480299260980 (Property), pursuant to 18 U.S.C. § 2253(a)(3) in conjunction with 28 U.S.C. § 2461(c);

WHEREAS, beginning on March 9, 2019, the United States posted a notice of criminal forfeiture for at least 30 consecutive days on www.forfeiture.gov, an official government internet site, providing notice of the intent of the United States to dispose of the Property in accordance with governing law and notice of the right of third parties to petition the Court, within 60 days of the first date of posting, for a hearing to adjudicate the validity of their alleged legal interest in the Property; and

WHEREAS, no petitions have been filed with the Clerk of Court, and the time for filing a petition has expired.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1. Plaintiff United States of America's motion for a final order of forfeiture, (Dkt. 84), is **GRANTED**.

2. All of the rights, titles, and interests in the LG-M153 cellular telephone, MSISDN 15072173627, IMEI 353431090938853 and the LG-152VL cellular telephone, MSISDN 5072173627, IMSI 311480299260980 are hereby forfeited to, and vested in, the United States of America, pursuant to 18 U.S.C. § 2253(a)(3) in conjunction with 28 U.S.C. § 2461(c).

3. The above-described property shall be disposed of by the United States in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 13, 2019

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge